

FILED

FEB - 4 2015

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY_____DEPUTY

1

2

3

4

5

6                        **UNITED STATES DISTRICT COURT**

7                              **DISTRICT OF NEVADA**

8   UNITED STATES OF AMERICA,            )
                                         )
9                    Plaintiff,          )
                                         )
10            v.                         )   2:13-CR-447-APG-(PAL)
                                         )
11   KEVIN JAMES LISTON,                 )
                                         )
12                   Defendant.          )

13                          **FINAL ORDER OF FORFEITURE**

14          On August 20, 2014, the United States District Court for the District of Nevada entered a

15   Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2) and Title 18, United

16   States Code, Section 2428(a)(1) and (b)(1)(A) and Title 28, United States Code, Section 2461(c) based

17   upon the plea of guilty by defendant KEVIN JAMES LISTON to the criminal offense, forfeiting the

18   property set forth in the Plea Agreement and the Forfeiture Allegations of the Superseding Criminal

19   Information and shown by the United States to have the requisite nexus to the offense to which

20   defendant KEVIN JAMES LISTON pled guilty.  Superseding Criminal Information, ECF No. 32; Plea

21   Agreement, ECF No. 35; Preliminary Order of Forfeiture, ECF No. 36, Change of Plea, ECF No. 37.

22          This Court finds the United States of America published the notice of forfeiture in accordance

23   with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively

24   from August 26, 2014, through September 24, 2014, notifying all potential third parties of their right

25   to petition the Court. Notice of Filing Proof of Publication, ECF No. 38.

26   . . .

1      This Court finds no petition was filed herein by or on behalf of any person or entity and the

2  time for filing such petitions and claims has expired.

3      This Court finds no petitions are pending with regard to the assets named herein and the time

4  for presenting such petitions has expired.

5      THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right,

6  title, and interest in the property hereinafter described is condemned, forfeited, and vested in the

7  United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P.

8  32.2(c)(2); Title 18, United States Code, Section 2428(a)(1) and (b)(1)(A) and Title 28, United States

9  Code, Section 2461(c); and Title 21, United States Code, Section 853(n)(7) and shall be disposed of

10 according to law:

11      1.  a black iPhone, serial number C8QGFAADDP0V; and

12      2.  a black Toshiba laptop, serial number 2D164734Q with power cord.

13      IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds,

14 including but not limited to, currency, currency equivalents, certificates of deposit, as well as any

15 income derived as a result of the United States of America's management of any property forfeited

16 herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

17      The Clerk is hereby directed to send copies of this Order to all counsel of record and three

18 certified copies to the United States Attorney's Office.

19      DATED this 4th  day of February, 2015.

20

21

22  _____

23  UNITED STATES DISTRICT JUDGE

24

25

26